IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| REUBEN & KATHERINE TOLENTINO, et al., Plaintiffs, vs. JEFFREY A. MOSSMAN, et al., Defendants. | No. C08-2027 ORDER AMENDING PRETRIAL DEADLINES |

This matter comes before the Court on the Joint Motion to Extend Expert Discovery Disclosure Deadlines, Discovery Deadline, and Dispositive Motion Deadline (docket number 272) filed by the Plaintiffs and the "promoter Defendants" on May 7, 2010.[1] Defendant Dennis Dudley filed a Resistance (docket number 273) on May 19, 2010. The "appraiser Defendants" did not file a response to the instant motion, and the time for doing so has now expired.[2]

The movants request that the deadlines for disclosure of expert witnesses, and the discovery deadline, be extended. Dudley objects to the request, noting that the instant motion was not filed until after the deadline for disclosure of Plaintiffs' experts had

---

[1] For these purposes, the "promoter Defendants" are identified as Jeffrey A. Mossman, Scott G. Mueller, Investors Advantage Capital Fund I, LLC, Cash Flow Financial Group, LLC, Greater Cedar Valley Financial Group, LLC, Greater Cedar Valley Financial Group II, LLC, and Eagles Nest Real Estate, LLC.

[2] The "appraiser Defendants" are Bro Property and Appraisals, LLC, McRae Appraisals, Inc., Valuation Services, Inc., and Michael R. Feltner.

1

expired. In the alternative, Dudley suggests shorter deadlines.[3] None of the parties suggest an extension of the deadline for filing dispositive motions, or an extension of the trial ready date.[4]

The current pretrial deadlines were established in a Scheduling Order filed on November 16, 2009. A pretrial scheduling order may be modified only for good cause. FED. R. CIV. P. 16(b)(4). *See also* Local Rule 16.f ("The deadlines established by the Rules 16(b) and 26(f) scheduling order and discovery plan will be extended only upon written motion and the showing of good cause."). Furthermore, if the motion to extend the time is made after the time has expired, then the movant must also show that it "failed to act because of excusable neglect." FED. R. CIV. P. 6(b)(1)(B).

In support of their argument that good cause exists for an extension, the movants note that a settlement conference was held on February 23, 2010. While the case was not settled at that time, the parties agreed that the Defendants would examine certain property owned by Plaintiffs and make an offer to purchase the property. Following an inspection of the properties, offers were apparently extended on April 26, 2010 and April 27, 2010. The motion states that "Plaintiffs will be making a counteroffer to all Defendants before the end of the week," but in his resistance filed 12 days later, Dudley states that "[c]ontrary to Plaintiffs' representation to this court, a settlement counter offer has not yet been extended by Plaintiffs." The movants make no real effort to explain why they failed to file the instant motion for extension prior to the initial disclosure deadline of March 8, 2010.

---

[3] Dudley agrees with a June 15, 2010 deadline for disclosure of expert witnesses by Plaintiffs, but suggests that the deadline for disclosure of expert witnesses by Defendants be shortened from August 16 (as suggested by the movants) to July 15.

[4] Notwithstanding the title given to their motion, the movants do not ask that the dispositive motions deadline be extended.

After reviewing all of the facts and circumstances, the Court concludes that the joint motion filed by Plaintiffs and the promoter Defendants should be granted. It is likely that the expert testimony in this case will be extensive and expensive. The Court finds that it was appropriate for the parties to exhaust any settlement discussions before incurring those costs. The parties are reminded, however, that in disclosing their expert witnesses, they must fully comply with FEDERAL RULE OF CIVIL PROCEDURE 26.

## ORDER

IT IS THEREFORE ORDERED that the Joint Motion to Extend (docket number 272) is hereby **GRANTED** as follows:

1. The deadline for disclosure of Plaintiffs' expert witnesses is **EXTENDED** to **June 15, 2010**.

2. The deadline for disclosure of Defendants' expert witnesses is **EXTENDED** to **August 16, 2010**.

3. The deadline for Plaintiffs' rebuttal expert witnesses, if any, is **EXTENDED** to **September 15, 2010**.

4. The deadline for completion of discovery is **EXTENDED** to **October 22, 2010**.

5. The deadline for filing dispositive motions (September 19, 2010) and the trial ready date (January 17, 2011) remain **UNCHANGED**.

DATED this 26th day of May, 2010.

JON STUART SCOLES
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA